**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:18-10003-STA |
| MORGAN BOND, ) | |
| Defendant. ) | |

---

**ORDER ON GUILTY PLEA
AND NOTICE OF SETTING**

---

This cause came to be heard on January 29, 2018, Assistant United States Attorney, Beth Boswell, appearing for the Government and the defendant, Morgan Bond, appearing in person, and with counsel, Daniel Taylor.

The defendant entered a plea of guilty to Count 1 of the Information.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **MONDAY, MAY 14, 2018 at 10:30 A.M., before Chief Judge S. Thomas Anderson.**

The defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 29st day of January, 2018.


        s/ S. Thomas Anderson
        CHIEF JUDGE, U. S. DISTRICT COURT